No. 549. Dandy Products, Inc., et al. v. Federal Trade Commission. C. A. 7th Cir. Certiorari denied. *Charles Rowan* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *James McI. Henderson* for respondent. ▮

No. 556. Sakrete of Northern California, Inc. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *Robert L. Black, Jr.,* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Warren M. Davison* for respondent. ▮

No. 559. Johnson et al. v. Levitt, Executor. C. A. 1st Cir. Certiorari denied. *Edward B. Hanify, Robert Haydock* and *John F. Cogan* for petitioners. *Paul L. Ross* and *Benedict Wolf* for respondent. ▮

No. 569. Herreshoff v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Jones* and *Gilbert E. Andrews* for the United States.

No. 570. Lord et al. v. Kelley, District Director of Internal Revenue, et al. C. A. 1st Cir. Certiorari denied. *Louis Bender* and *John Warren McGarry* for petitioners. *Solicitor General Cox* for respondents. ▮

No. 573. Booth et al. v. Varian Associates. C. A. 1st Cir. Certiorari denied. *Louis Loss* for petitioners. *H. Brian Holland* for respondent. ▮